NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

ALVIN A. BRESCIANI,

　　　　　　　　　　　Debtor(s)

BK-22-50266-nmc
CHAPTER 7

Adversary Proceeding: 22-05012-nmc

HERMAN MENEZES, LLC, et al,
　　　　　　　　　　　Plaintiff(s)

vs

ALVIN A. BRESCIANI, et al,
　　　　　　　　　　　Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: December 15, 2022
Hearing Time: 9:30 AM

I, _Michael Erwine_, certify that I am at least 18 years old and not a party to the matter concerning
　　　(name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _9/1/2022_
　　　(date)

by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Alvin Bresciani　　　　　　　Sean Patterson, ESQ.
6086 Whitewater Way　　　　　232 Court St.
Reno, NV 89523　　　　　　　Reno, NV 89501

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: (Describe briefly)　　　　　　　　　　　　　　　　　　　　(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 9/1/22                                Signature: ~_ ﹍

Print Name: Michael Ervine
Business Address: 316 California Ave. #82
City: Reno          State: NV      Zip: 89509