NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–50266–nmc |
| ALVIN A. BRESCIANI , | CHAPTER 7 |
| Debtor(s) | |
| | Adversary Proceeding: 22–05012–nmc |
| HERMAN MENEZES, LLC, et al, | NOTICE OF DOCKETING ERROR |
| Plaintiff(s) | |
| vs | |
| ALVIN BRESCIANI, et al, | |
| Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **7** – Amended Complaint Filed by LUKE BUSBY on behalf of HERMAN MENEZES, LLC against ALVIN BRESCIANI (BUSBY, LUKE) |
| Filed On: | 9/2/22 |
| With A Hearing Date Of: | 12/15/22 |
| And A Hearing Time Of: | 9:30 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 9/6/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**