United States Bankruptcy Court
District of Nevada

HERMAN MENEZES, LLC,
    Plaintiff

BRESCIANI,
    Defendant

Adv. Proc. No. 22-05012-nmc

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 1
Date Rcvd: Sep 06, 2022      Form ID: nodeap      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

**Recip ID**      **Recipient Name and Address**
aty      + LUKE BUSBY, 316 CALIFORNIA AVE, RENO, NV 89509-1650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

**Name**      **Email Address**
LUKE BUSBY
     on behalf of Plaintiff HERMAN MENEZES LLC luke@lukeandrewbusbyltd.com

TOTAL: 1

NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−22−50266−nmc |
| | CHAPTER 7 |
| ALVIN A. BRESCIANI , | |
| Debtor(s) | |
| | Adversary Proceeding: 22−05012−nmc |
| HERMAN MENEZES, LLC, et al, | NOTICE OF DOCKETING ERROR |
| Plaintiff(s) | |
| vs | |
| ALVIN BRESCIANI, et al, | |
| Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **7 −** Amended Complaint Filed by LUKE BUSBY on behalf of HERMAN MENEZES, LLC against ALVIN BRESCIANI (BUSBY, LUKE) |
| Filed On: | 9/2/22 |
| With A Hearing Date Of: | 12/15/22 |
| And A Hearing Time Of: | 9:30 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 9/6/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**