Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

Attorney for the Creditor
HERMAN MENEZES, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br><br>ALVIN A. BRESCIANI,<br><br>Debtor.<br><br>HERMAN MENEZES, LLC<br><br>    Plaintiff,<br><br>    Vs.<br><br>ALVIN A. BRESCIANI,<br><br>    Defendant.<br>_____/ | Case No. 3:22-bk-50266<br><br>Adv. Case No: 22-05012-nmc<br><br>Chapter 7<br><br>Hearing Date: Dec. 15, 2022<br><br>Hearing Time: 9:30 AM<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER FED. R. BANKR. P. 7055** |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Plaintiff filed the complaint in this adversary proceeding on August 29, 2022 [ECF#1]. On August 29, 2022, the Court issued a Summons and Notice of

1

Scheduling Conference in Adversary Proceeding [ECF# 3]. Plaintiff filed and served an Amended Complaint on September 2, 2022 [ECF#7]. The summons and complaint were served on Defendant by Personal Service Mail Service on September 2, 2021 [See ECF #6].

The time for filing an answer or other responsive pleading expired on September 28, 2022. No answer or other responsive pleading has been filed or served by Defendant. See Declaration attached hereto.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

**DATED** this Oct 12, 2022

By: */s/ Luke Busby, Esq.*
LUKE A. BUSBY, ESQ.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

Exhibit List

1. Declaration of Luke Busby, Esq.
2. Form B2600

## CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing **REQUEST FOR CLERK TO ENTER DEFAULT UNDER FED. R. BANKR. P. 7055** by:

_____ personally delivering;

_____ delivery via Reno/Carson Messenger Service;

_____ sending via Federal Express (or other overnight delivery service);

\_\_x\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_\_\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Alvin Bresiani
6086 White Water Way
Reno, NV 89523

By: /s/ Luke Busby, Esq.            Oct 12, 2022
LUKE A. BUSBY, ESQ.
SBN 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff