Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

Attorney for the Creditor
HERMAN MENEZES, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>ALVIN A. BRESCIANI,<br><br>Debtor.<br><br>HERMAN MENEZES, LLC<br><br>     Plaintiff,<br><br>     Vs.<br><br>ALVIN BRESCIANI,<br><br>     Defendant.<br>_____/ | Case No. 3:22-bk-50266<br><br><br>Adv. Case No: 22-05012-nmc<br><br>Chapter 7<br><br>Hearing Date: Dec. 15, 2022<br><br>Hearing Time: 9:30 AM<br><br>**NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT** |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

   Plaintiff filed the complaint in this adversary proceeding on August 29, 2022 [ECF#1]. On August 29, 2022, the Court issued a Summons and Notice of

Scheduling Conference in Adversary Proceeding [ECF# 3]. Plaintiff filed and served an Amended Complaint on September 2, 2022 [ECF#7]. The summons and complaint were served on Defendant by Personal Service Mail Service on September 2, 2021 [See ECF #6]. The time for filing an answer or other responsive pleading expired on September 28, 2022. No answer or other responsive pleading has been filed or served by Defendant. On November 4, 2022, the Clerk of the Court entered an Entry of Default against the Defendant [See ECF #12]. On November 10, 2022, the Plaintiff served the Entry of Default on the Defendant [See ECF #13].

PLAINTIFF HEREBY PROVIDES NOTICE: in accordance with Fed. R. Civ. P. 55(b)(2); Fed. R. Bankr. P. 7055. that it will file for default judgment against the Defendant on or after November 29, 2022.

**DATED** this  Nov 21, 2022

By: */s/ Luke Busby, Esq.*
LUKE A. BUSBY, ESQ.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

## CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing **NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT** by:

\_\_\_\_\_ personally delivering;

\_\_\_\_\_ delivery via Reno/Carson Messenger Service;

\_\_\_\_\_ sending via Federal Express (or other overnight delivery service);

\_\_x\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_\_\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Alvin Bresciani
6086 White Water Way
Reno, NV 89523

Sean Patterson, Esq.
232 Court St.
Reno, Nevada 89501
775-786-1615
illegalpat@aol.com

By: /s/ Luke Busby, Esq.                Nov 21, 2022
LUKE A. BUSBY, ESQ.
SBN 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff