NVB 9014.2  ADVREMOTE (05/2022)

Attorney: Luke Busby, Esq.
Nevada Bar #: 10319
Firm Name:
Address: 316 California Ave.
City, State, Zip: Reno, NV 89509
Phone Number: 774-453-0112
Email Address: luke@lukeandrewsbusbyltd.com
Pro-Se Debtor:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: ALVIN A. BRESCIANI

Debtor(s).

HERMAN MENEZES, LLC

Plaintiff(s)

vs.

ALVIN BRESCIANI

Defendant(s)

BK- 3:22-bk-50266
Chapter 7

Adv. No.: 22-05012-nmc

**NOTICE OF REMOTE HEARING**

Hearing Date: 01/12/2023
Hearing Time: 9:30 am

**NOTICE IS GIVEN** that a Motion for DEFAULT JUDGMENT was filed on 11/29/2022 by HERMAN MENEZES, LLC. The Motion seeks the following relief: DEFAULT JUDGMENT. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

1

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on ___01/12/2023___ at ___9:30 AM___. Parties are permitted to appear telephonically by dialing ___(669) 254-5252___ and entering meeting ID (if applicable): ___161 166 2815___ and entering access code or passcode ___115788#___.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated: 12/02/2022

/S/ LUKE BUSBY, ESQ  
Signature

LUKE BUSBY, ESQ.  
Print Name

# **CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing **NOTICE OF REMOTE HEARING** by:

\_\_\_\_\_ personally delivering;

\_\_\_\_\_ delivery via Reno/Carson Messenger Service;

\_\_\_\_\_ sending via Federal Express (or other overnight delivery service);

\_\_x\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_\_\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Alvin Bresciani
6086 White Water Way
Reno, NV 89523

Sean Patterson, Esq.
232 Court St.
Reno, Nevada 89501
775-786-1615
illegalpat@aol.com

By: /s/ Luke Busby, Esq.          Dec 2, 2022
LUKE A. BUSBY, ESQ.
SBN 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff

1