Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: | |
| ALVIN A. BRESCIANI, | Case No. 3:22-bk-50266 |
| Debtor. | Adv. Case No: 22-05012-nmc |
| HERMAN MENEZES, LLC | Chapter 7 |
|     Plaintiff, | |
|     Vs. | |
| ALVIN BRESCIANI, | |
|     Defendant. | |

**ORDER SETTING ASIDE DEFUALT**

On February 9, 2023, the Court held a hearing on the January 26, 2023 Motion to Set Aside Default [ECF #21] filed by Defendant ALVIN BRESCIANI ("Bresciani"). Having heard the parties, the Court determines that Mr. Bresciani intends to defend this case.  Accordingly, the Court GRANTS Mr. Bresciani's Motion to Set Aside

Default.  In accordance with this ruling, the November 29, 2022 Motion for Default Judgment field by HERMNA MENEZES, LLC [ECF #15] is denied as moot.

Mr. Bresciani shall file an answer to the Amended Complaint [ECF #9] by Monday March 13, 2023.  This matter is set for a Scheduling Conference scheduled for On April 6, 2023 at 09:30 AM at the NMC Teleconference Line.

**IT IS SO ORDERED**

**DATED** this: _____

By:_____
UNITED STATES BANKRUPTCY JUDGE