Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

Attorney for the Creditor
HERMAN MENEZES, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE: | Case No. 3:22-bk-50266 |
| ALVIN A. BRESCIANI, | |
| Debtor. | |
| HERMAN MENEZES, LLC | Adv. Case No: 22-05012-nmc |
| Plaintiff, | Chapter 7 |
| Vs. | Hearing Date: April 6, 2023 |
| | Hearing Time: 9:30 AM |
| ALVIN A. BRESCIANI, | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER FED. R. BANKR. P. 7055** |
| Defendant. | |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Plaintiff filed the complaint in this adversary proceeding on August 29, 2022 [ECF#1]. On August 29, 2022, the Court issued a Summons and Notice of

1

Scheduling Conference in Adversary Proceeding [ECF# 3]. Plaintiff filed and served an Amended Complaint on September 2, 2022 [ECF#7]. The summons and complaint were served on Defendant by Personal Service Mail Service on September 2, 2021 [See ECF #6].

The time for filing an answer or other responsive pleading expired on September 28, 2022. The Clerk entered a default against the Defendant on November 4, 2022. On a motion from the Defendant, the Court set aside the default and ordered the Defendant to file and answer to the amended complaint by Monday, March 13, 2023 [See ECF #30].

No answer or other responsive pleading by Defendant has been filed or served . See Declaration attached hereto.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

DATED this Mar 15, 2023

By: /s/ Luke Busby, Esq.
LUKE A. BUSBY, ESQ.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

Exhibit List

1. Declaration of Luke Busby, Esq.
2. Form B2600

## CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing **REQUEST FOR CLERK TO ENTER DEFAULT UNDER FED. R. BANKR. P. 7055** by:

\_\_\_\_\_ personally delivering;

\_\_\_\_\_ delivery via Reno/Carson Messenger Service;

\_\_\_\_\_ sending via Federal Express (or other overnight delivery service);

\_\_x\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_\_\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Alvin Bresciani
6086 White Water Way
Reno, NV 89523

By: /s/ Luke Busby, Esq.            Mar 15, 2023
LUKE A. BUSBY, ESQ.
SBN 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff