## DECLARATION OF LUKE BUBSY, ESQ.

I, Luke Busby, Esq., declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am counsel for Herman Menezes, LLC in Adv. Case No: 22-05012-nmc pending before the United States Bankruptcy Court for the District of Nevada; and

2. No answer or other responsive pleading to the Complaint or Amended Complaint has been filed or served by Alvin Bresciani or his counsel and there has been no other indication that Alvin Bresciani intends to respond to the Complaint or Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: March 15, 2023  in Washoe County, Nevada.

By:_____/s/ Luke Busby, Esq._____

Luke Busby, Esq.