# Exhibit 2

Exhibit 2

B2600 (Form 2600) (12/15)

# United States Bankruptcy Court

District Of Nevada

In re ALVIN A. BRESCIANI,
  Debtor

Case No. 3:22-bk-50266

Chapter 7

HERMAN MENEZES, LLC,
  Plaintiff

v.

ALVIN A. BRESCIANI,
  Defendant

Adv. Proc. No. 22-05012-nmc

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name:   ALVIN A. BRESCIANI

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Clerk of the Bankruptcy Court

Date

By: _____
Deputy Clerk