NVB 2600 (Rev. 11/22)

1

2

3

*Mary A Schott*

_____

Mary A. Schott
Clerk of Court

4

Entered on Docket
March 17, 2023

5

6                    UNITED STATES BANKRUPTCY COURT

7                       FOR THE DISTRICT OF NEVADA

8                            * * * * * * * *

9    In re   ALVIN A. BRESCIANI                )   Bankruptcy No.: 3:22-bk-50266
                                               )   Chapter 7
10                                             )
                                               )
11                          Debtor(s).         )   Adversary Proceeding: 22-05012-nmc
                                               )
12   _____       )   Hearing Date:  04/06/2023
     HERMAN MENEZES, LLC                        )   Hearing Time:  9:30 am
13                          Plaintiff(s),       )
     vs.                                        )
14   ALVIN A. BRESCIANI                         )
                                               )
15                          Defendants(s).      )
     _____       )

16                            ENTRY OF DEFAULT

17

18      It appears from the record that the following defendant failed to plead or otherwise
     defend in this case as required by law.

19

20      | Name: ALVIN A. BRESCIANI |

21

22

23      Therefore, default is entered against the defendant as authorized by Federal Rule of
     Bankruptcy Procedure 7055.

24

25   Date:_____            U.S. Bankruptcy Court
                                              Mary A. Schott, Clerk of Court
26

27

28                                            _____
                                              Deputy Clerk