# Exhibit 1

# Exhibit 1

## DECLARATION OF LUKE BUBSY, ESQ.

I, Luke Busby, Esq., declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am counsel for Herman Menezes, LLC in Adv. Case No: 22-05012-nmc pending before the United States Bankruptcy Court for the District of Nevada; and

2. No answer or other responsive pleading to the Complaint or Amended Complaint has been filed or served by Defendant Alvin Bresciani or his former counsel;

3. On November 28, 2022, I called Mr. Bresciani's counsel in the underlying bankruptcy proceeding, Mr. Sean Patterson, Esq. and Mr. Patterson confirmed that he is not representing Mr. Bresciani in this adversary proceeding;

4. On November 29, 2022 pursuant to the provisions of the Servicemembers Civil Relief Act (SCRA), I verified that Mr. Bresciani is not an active duty service member using the SCRA website verification system, the certificate from which is attached hereto as Attachment 1; and

5. To the best of my knowledge and belief, Mr. Bresciani is neither an infant nor an incompetent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _11-29-22_ in Washoe County, Nevada.

By: _____

Luke Busby, Esq.

# Attachment A

Attachment A


# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-7914 |
| Birth Date: | |
| Last Name: | BRESCIANI |
| First Name: | ALVIN |
| Middle Name: | |
| Status As Of: | Nov-29-2022 |
| Certificate ID: | X5ZC9831XVX0W55 |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955