# Exhibit 4

Exhibit 4



# IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,

# IN AND FOR STOREY COUNTY

\* \* \*

HERMAN MENEZES, LLC, a Nevada Limited
Liability Company

                Plaintiff,

vs.

BRESCIANI HAY COMPANY, INC., a Nevada
Corporation, and ALVIN A. BRESCIANI, an
Individual, and JUNGO RANCHES, LLLP, an
Idaho Limited Liability Limited Partnership, and
DOE individuals 1-10 inclusive, and ROE
corporations 1-10, inclusive,

                Defendants.
_____/

CASE NO: 21 OC 00001 – 1E

DEPT NO: 1

## ORDER GRANTING PLAINTIFF HERMAN MENEZES, LLC'S MOTION

## FOR AWARD OF DAMAGES ON DEFAULT JUDGMENT

Before the Court is the January 3, 2022 Motion for Award of Damages on Default Judgment filed by Plainitff HERMAN MENEZES, LLC, a Nevada Limited Liability Company against BRESCIANI HAY COMPANY, INC., a Nevada Corporation, and ALVIN A. BRESCIANI, an Individual (collectively "Bresciani").

The Motion requests that the Court issue an order awarding $330,570.65 in damages to the Plaintiff against Mr. Bresciani and Bresciani Hay Company, Inc. jointly and severally plus prejudgment and post-judgment interest at the rate of 6.75% to Plaintiff in this matter.

No timely opposition to the Plaintiff's Motion was filed by Bresciani. Failure to timely respond to a motion may be construed as an admission that the motion is meritorious. See *Nye County v. Washoe Medical Center*, 108 Nev. 896, 899-900, 839 P.2d 1312, 1314-15 (1992); *Walls v. Brewster*, 112 Nev. 175, 178, 912 P.2d 261, 263 (1996); and *King v. Cartlidge*, 121 Nev. 926, 928 n.2, 124 P.3d 1161, 1162 (2005).

BASED ON THE FOREGOING, the Plaintiff's Motion is **GRANTED**. This Court awards $330,570.65 in damages to the Plaintiff against Alvin Bresciani and Bresciani Hay Company, Inc. jointly and severally plus prejudgment and post-judgment interest at the rate of 6.75%.

The Plaintiff shall serve notice of entry of this order on the Defendant within 7 days.

**IT IS SO ORDERED**

Dated this 28th of January, 2023

By: _____
DISTRICT COURT JUDGE

Submitted By:

_____
LUKE A. BUSBY
SBN 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrebusbyltd.com
*Attorney for the Plaintiff*

2