# Exhibit 5

Exhibit 5

# DECLARATION OF MARK MENEZES

I, MARK MENEZES., declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am a manager for Herman Menezes, LLC, Plaintiff in Adv. Case No: 22-05012-nmc pending before the United States Bankruptcy Court for the District of Nevada;

2. The amount sought to be found non-dischargeable in this case are the award of First Judicial District Court in Case No. 21 OC 00001 - 1E in the amount of $330,570.65 as described in the January 28, 2022 Order Granting Plaintiff Herman Menezes, LLC's Motion for Award of Damages on Default Judgment; and

3. Costs in this case consist of August 29, 2022 filing fee in the amount of $350.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _____Nov 29, 2022_____ in Storey County, Nevada.

By: ___Mark Menezes (Nov 29, 2022 16:03 PST)___

Mark Menezes