United States Bankruptcy Court
District of Nevada

HERMAN MENEZES, LLC,

    Plaintiff

BRESCIANI,

    Defendant

Adv. Proc. No. 22-05012-nmc

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2023 | Form ID: nstap713 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | LUKE BUSBY, 316 CALIFORNIA AVE, RENO, NV 89509-1650 |
| ust | + | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202-4811 |
| dft | + | ALVIN BRESCIANI, 6086 WHITEWATER WAY, RENO, NV 89523-1730 |
| pla | + | HERMAN MENEZES, LLC, LUKE BUSBY, ESQ., 316 CALIFORNIA AVE, RENO, NV 89509-1650 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Apr 19 2023 23:44:00 | ANTONIA G DARLING, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Apr 19 2023 23:44:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Apr 19 2023 23:44:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Apr 19 2023 23:44:00 | LINDSAY P. S. KOLBA, 300 LAS VEGAS BLVD SOUTH, SUITE 4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Apr 19 2023 23:44:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Apr 19 2023 23:44:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Apr 19 2023 23:44:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Apr 19 2023 23:44:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0978-3        User: admin        Page 2 of 2

Date Rcvd: Apr 19, 2023        Form ID: nstap713        Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LUKE BUSBY | |
| | on behalf of Plaintiff HERMAN MENEZES  LLC luke@lukeandrewbusbyltd.com |

TOTAL: 1

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

ALVIN A. BRESCIANI ,

                    Debtor(s)

BK−22−50266−nmc
CHAPTER 7

Adversary Proceeding: 22−05012−nmc

HERMAN MENEZES, LLC, et al,

                    Plaintiff(s)

v.

ALVIN BRESCIANI, et al,

                    Defendant(s)

NOTICE OF CONTINUED SCHEDULING
CONFERENCE

Hearing Date:      6/15/23
Hearing Time:      09:30 AM

**NOTICE IS GIVEN** that a continued Scheduling Conference will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 6/15/23 |
| Hearing Time: | 09:30 AM |
| Hearing Phone Number: | (669) 254−5252 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Passcode: | 115788 |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

> *9* − Amended Complaint Filed by LUKE BUSBY on behalf of HERMAN MENEZES, LLC against ALVIN BRESCIANI (BUSBY, LUKE)

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 4/19/23

*Mary A Schott*

Mary A. Schott
Clerk of Court