NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–50266–nmc |
| ALVIN A. BRESCIANI, | CHAPTER 7 |
| Debtor(s) | Adversary Proceeding: 22–05012–hlb |
| HERMAN MENEZES, LLC, et al, | |
| Plaintiff(s) | NOTICE OF RESCHEDULED HEARING |
| v. | Hearing Date:   6/21/23 |
| ALVIN BRESCIANI, et al, | Hearing Time:   09:30 AM |
| Defendant(s) | |

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 6/21/23 |
| Hearing Time: | 09:30 AM |
| Hearing Phone Number: | (669) 254–5252 |
| Hearing Meeting ID: | 160 532 0260 |
| Hearing Passcode: | 643758 |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*36* – Second Motion for Default Judgment Against: Alvin Bresciani with Certificate of Service Filed by LUKE BUSBY on behalf of HERMAN MENEZES, LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (BUSBY, LUKE)

This hearing is scheduled for the following reason:

Judge reassignment. Please note new teleconference information..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 6/5/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court