United States Bankruptcy Court
District of Nevada

HERMAN MENEZES, LLC,
    Plaintiff

BRESCIANI,
    Defendant

Adv. Proc. No. 22-05012-hlb

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 2
Date Rcvd: Jun 05, 2023      Form ID: nstap713      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | LUKE BUSBY, 316 CALIFORNIA AVE, RENO, NV 89509-1650 |
| ust | + | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202-4811 |
| dft | + | ALVIN BRESCIANI, 6086 WHITEWATER WAY, RENO, NV 89523-1730 |
| pla | + | HERMAN MENEZES, LLC, LUKE BUSBY, ESQ., 316 CALIFORNIA AVE, RENO, NV 89509-1650 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jun 06 2023 00:32:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Jun 06 2023 00:32:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jun 06 2023 00:32:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Jun 06 2023 00:32:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jun 06 2023 00:32:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jun 06 2023 00:32:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0978-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2023 | Form ID: nstap713 | Total Noticed: 10 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LUKE BUSBY | on behalf of Plaintiff HERMAN MENEZES  LLC luke@lukeandrewbusbyltd.com |

TOTAL: 1

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> ALVIN A. BRESCIANI , <br>                 Debtor(s) | BK−22−50266−nmc <br> CHAPTER 7 <br><br> Adversary Proceeding: 22−05012−hlb |
| HERMAN MENEZES, LLC, et al, <br>                 Plaintiff(s) <br> v. <br> ALVIN BRESCIANI, et al, <br>                 Defendant(s) | NOTICE OF RESCHEDULED SCHEDULING CONFERENCE <br><br> Hearing Date:    6/21/23 <br> Hearing Time:    09:30 AM |

**NOTICE IS GIVEN** that a rescheduled Scheduling Conference will be held before a United States Bankruptcy Judge. Hearing information is as follows:

    Hearing Date:               6/21/23
    Hearing Time:              09:30 AM
    Hearing Phone Number:  (669) 254−5252
    Hearing Meeting ID:     160 532 0260
    Hearing Passcode:       643758

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

    *9* − Amended Complaint Filed by LUKE BUSBY on behalf of HERMAN MENEZES, LLC against ALVIN BRESCIANI (BUSBY, LUKE)

This hearing is scheduled for the following reason:

    Judge reassignment. Please note new teleconference information..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 6/5/23

                                                                     Mary A. Schott
                                                                     Clerk of Court