Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
June 29, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>ALVIN A. BRESCIANI,<br><br>Debtor.<br><br>HERMAN MENEZES, LLC<br><br>    Plaintiff,<br><br>    Vs.<br><br>ALVIN BRESCIANI,<br><br>    Defendant. | Case No. 3:22-bk-50266-hlb<br><br>Adv. Case No: 22-05012-hlb<br><br>Chapter 7 |

**ORDER**

On June 21, 2023, the Court held a hearing on the March 29, 2023 Second Motion for Default Judgment [ECF #36] filed by Plaintiff HERMAN MENEZES, LLC.

Having heard the parties, the Court determines that Defendant ALVIN BRESCIANI has retained counsel and intends to defend this case. Accordingly, the Plaintiff's Motion is denied without prejudice.

Mr. Bresciani shall file a responsive pleading to the Plaintiff's Amended Complaint [ECF #9] by June 30, 2023.

**IT IS SO ORDERED**

**DATED** this: _____

By:_____
UNITED STATES BANKRUPTCY JUDGE

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_x__ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Cliff Young for Alvin Bresciani: Approved.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

SERVED this Jun 27, 2023:

By: __/s/_ Luke Busby, Esq._____
LUKE A. BUSBY, ESQ.
SBN 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com