Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

Attorney for the Creditor
HERMAN MENEZES, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br><br>ALVIN A. BRESCIANI,<br><br>Debtor.<br><br>HERMAN MENEZES, LLC<br><br>     Plaintiff,<br><br>     Vs.<br><br>ALVIN A. BRESCIANI,<br><br>     Defendant.<br><br>_____/ | Case No. 3:22-bk-50266<br><br>Adv. Case No: 22-05012-nmc<br><br>Chapter 7<br><br>Hearing Date: August 30, 2023<br><br>Hearing Time: 10:00 am<br><br>**NOTICE OF HEARING** |

## TO THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE.  The Court has scheduled a hearing in this matter

at the date and time captioned above at the request of the Plaintiff.  The Plaintiff

has requested this hearing to confer with the Court about the parties' July 19, 2023 Request for Waiver of Filing of Discovery Plan at ECF #54.  Dial-in details are as follows;   telephonic:   1 669 254-5252; Meeting ID:   160 532 0260; Participant code: 643758.

**DATED** this  Jul 28, 2023

By: /s/ Luke Busby, Esq.
LUKE A. BUSBY, ESQ.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

## **CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a

true and correct copy of the foregoing by:

_____ personally delivering;

_____ delivery via Reno/Carson Messenger Service;

_____ sending via Federal Express (or other overnight delivery service);

\_\_\_\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto;
or,

\_\_\_\_x\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Law Office of Cliff Young
Cliff Young
650 S. Rock Blvd., Ste. 21A
Reno, NV 89502
Counsel for Alvin Bresciani

By: /s/ Luke Busby, Esq.                    Jul 28, 2023
LUKE A. BUSBY, ESQ.
SBN 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff