# Exhibit 1

# Exhibit 1

## HERMAN MENEZES LLC.

500 MENEZES WAY, SPARKS, NV 89434

OFFICE: (775)342-0414    FAX: (775)342-0256

**CONTRACT DATE:**  12-19-19

**SELLER INFORMATION:**

Farmer Name: Alvin Bresciani          Farmer # 57

Owner Name: Alvin Bresciani          Cell: 775-636-1914

~~Address:8175 South Virginia St #850 PMB 493 Reno NV48951~~

Office Phone: _____    E-mail: Alvin.bresciani@yahoo.com    Fax: _____

| COMMODITY | CROP | STACK # | BALE COUNT | APPROX TONS | PRICE PER TON | TOTAL APPROX PRICE |
|-----------|------|---------|------------|-------------|---------------|--------------------|
| Organic Alfalfa Hay | Jungo Ranch All Cuttings | | | 3,840/T | 52-under $160.00/t 53-53.9 $170.00/t 54-54.9 $190.00/t 55-55.9 $220.00/t 56-above $240.00/t | $620,000.00 |
| | | | | | | |

**2019-2020 Hay Season / Contract Terms:** Hay is to be clean and green. No rained on or "hot" bales.

**Additional Terms:**  Alvin will pay us a minimum of $10.00 per ton on 3840/T. All money on each cutting will come to us first. After we receive the full $620,000.00 and the $10.00 per ton we will share profits. Alvin will received $5.00 per ton on hay with tests of 53.9 and below. The profits on hay with tests of 54 and above will be split 50/50 between Alvin and ourselves.

**Deposit Amount:**    $620,000.000 _____

**Shipment Schedule:** _____

Circle One:

1) Hay is to be weighed at Herman Menezes LLC. Processing Plant in Lockwood, NV
2) Hay is to be weighed at both Herman Menezes LLC. Processing Plant in Lockwood, NV and at Sellers scales and the difference will be split between the two weights.

The above covers our understanding of the verbal. Please sign below signifying that you understand and agree to all terms and conditions of this contract. The terms and conditions set forth herein constitute a complete and exclusive statement of the agreement between all parties hereto and may not be changed or modified except in writing, signed by both parties. This contract shall be governed by the laws of the State of Nevada. The material being purchased will be exactly what is agreed upon in the contract. Neither substitutions nor deviations from the agreement are allowed unless the consent of Herman Menezes LLC. is expressed in written form

Date: 12-19-19                    Seller
                                  Date: 12-19-19

MENEZES - 000007

## PROMISSORY NOTE
December 19, 2019

**FOR VALUE RECEIVED,** the undersigned, ALVIN AMERICO BRESCIANI, promises to pay to HERMAN MENEZES at Sparks, Nevada, or at such other place as the legal holders hereof may designate in writing, the principal sum of SIX HUNDRED TWENTY THOUSAND DOLLARS AND ZERO CENTS ($620,000.00), in lawful money of the United States, with zero percent interest due to the hay sales agreement entered into by these parties in December of 2019.

The undersigned shall pay the principal when all of 2020 organic hay is sold by Bresciani Hay Company, Inc.

The undersigned may prepay all or part of any principal without penalty.

If default be made in the payment of any installment of principal and/or interest when due, or in the event the makers become insolvent or make a general assignment for the benefit of creditors or be adjudged a bankrupt, then, upon the happening of any of such events, the entire principal sum and accrued interest shall become forthwith due and payable at the option of the holders, without notice or demand.

The holders shall not by any act of omission or commission be deemed to waive any of their rights or remedies hereunder unless such waiver be in writing and signed by the holders; and then only to the extent specifically set forth therein; a waiver of one event shall not be construed as continuing or as a bar to or waiver of such right to or remedy on a subsequent event.

If action is instituted to collect this Note, or any portion thereof or any interest thereon, the undersigned promises and agrees to pay, in addition to the costs and disbursements provided by statute, such additional sum, in like lawful money, as the court may adjudge reasonable for attorneys' fees to be allowed in such action.

DATED this _19TH_ day of _December_, 2019.

_____
ALVIN BRESCIANI

Pd 12-19-19
CK 3166

1

MENEZES - 000008

## HERMAN MENEZES ACCOUNTS PAYABLE- HAY RECAP 2020-2021

### Farmer #57 Jungo ranches

| NAME & NUMBER | BALES# | Stack | CONTRACT/T | TONS REC'D | TONS LEFT | PRICE | MBI $ | FARMER $ | Total Value Owed |
|---|---|---|---|---|---|---|---|---|---|
| Credit from 2019-2020 | | | | | | | | | |
| Checks: Contract # 2020 | | | | | | | (620,000.00) | (620,000.00) | |
| Hay: | 177 | 385 | 115.00/T 12.31/T | 127.31/T | -12.31/T | $ 220.00 | 28,008.20 | 28,008.20 | $0.00 |
| Hay: | | 405 384-86-88 | 306.00/T | 291.68/T | 14.32/T | $ 190.00 | 55,419.20 | 55,643.40 | $2,720.80 |
| Hay: | | 376 387-391 | 250.00/T 34.25/T | 284.25/T | -34.25/T | $ 170.00 | 48,322.50 | 48,465.30 | $0.00 |
| Hay: | | 1431 389-390 | 503.00/T 403.69/T | 906.69/T | -403.69/T | $ 95.00 | 86,135.55 | 86,298.95 | $0.00 |
| Totals in For: | | | 1624.25/T | 1609.93/T | 14.32/T | | (402,114.55) | (401,584.15) | $2,720.80 |
| Checks: | | | | | | | | | |
| Hay:3rd | 233 | 570 | 163.00/T 11.41/T | 174.41/T | -11.41/T | $ 160.00 | 27,905.60 | 27,982.40 | $0.00 |
| Hay:3rd | | 667 71-72-73 | 457.00/T 17.79/T | 474.79/T | -17.79/T | $ 170.00 | 80,714.30 | 80,513.70 | $0.00 |
| Hay:3rd | | 243 74-75 | 163.00/T 8.12/T | 171.12/T | -8.12/T | $ 190.00 | 32,512.80 | 33,035.30 | $0.00 |
| Total | | | 820.32/T | 820.32/T | 0.00/T | | 141,132.70 | 141,531.40 | $0.00 |
| Checks: | | | | | | | | | |
| Hay: 4th | | 615 731-808-8 | 382.00/T | 435.32/T | -53.32/T | $ 190.00 | 82,710.80 | 82,537.90 | $0.00 |
| Hay: 4th | 164 | 809 | 102.00/T | 120.26/T | -18.26/T | $ 170.00 | 20,444.20 | 20,401.70 | $0.00 |
| Hay: 4th | 39 | 733 | 24.00/T | 27.83/T | -3.83/T | $ 220.00 | 6,122.60 | 6,342.60 | $0.00 |
| Hay: 4th | 213 | 755 | 139.00/T 88.32/T | 151.91/T | -12.91/T | $ 160.00 | 24,305.60 | 24,312.00 | $0.00 |
| Total | | | 735.32/T | 735.32/T | 0.00/T | | 113,139.00 | 113,192.50 | $0.00 |
| Total Amounts for : | | | 3179.89/T | 3165.57/T | 14.32/T | | (147,842.85) | (146,860.25) | ($145,122.05) |