# EXHIBIT A

EXHIBIT A

Cliff J. Young, Esq.
NBN 1233
650 S. Rock Blvd #21A
Reno NV 89502
Tel: (775) 677-7777
Fax: (775) 786-3388
Attorney for: ALVIN BRESCIANI

# IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
# IN AND FOR STORY COUNTY

| | |
|---|---|
| HERMAN MENEZES, LLC, a Nevada Limited Liability Company | Case No. 21 OC 00001-1E |
| Plaintiff, | Dept. No. 1 |
| vs. | |
| BRESCIAN HAY COMPANY, INC., a Nevada Corporation. and ALVIN A. BRESCIANI, an Individual, and JUNGO RANCHES, LLLP, an Idaho Limited Liability Limited Partnership, and DOE individuals 1-10 inclusive, and ROE corporation 1-10, inclusive, | |
| Defendant. | |

**OPPOSITION TO MOTION PLAINTIFF HERMEN MENDEZ, LLC'S SECOND MOTION FOR ORDER TO SHOWCAUSE WHY DEFENDANTS BRESCIANI HAY COMPANY, INC., AND ALVIN BRESCIANI SHOULD NOT BE SANCTIONED AND/OR HELD IN CONTEMPT OF COURT FOR FALURE TO COMPLY WITH COURT ORDERS**

COMES NOW, Defendant, ALVIN BRESCIANI by and through his counsel on record, Cliff J. Young, Esq., and hereby files her OPPOSITION TO MOTION PLAINTIFF HERMEN MENDEZ, LLC'S SECOND MOTION FOR ORDER TO SHOWCAUSE WHY DEFENDANTS BRESCIANI HAY COMPANY. INC.. AND ALVIN BRESCIANI SHOULD

NOT BE SANCTIONED AND/OR HELD IN CONTEMPT OF COURT FOR FALURE TO COMPLY WITH COURT ORDERS. This opposition is based on the following points and authorities, the record of the Court, and the pleadings on file herein.

## POINTS AND AUTHORITIES

Defendant vehemently objects to the imposition of sanctions. When the Plaintiff filed a Motion to Compel and/or for Sanctions for Refusal to Participate in the Framing of Discovery or Make Initial Disclosures against the Defendant. The Courts held a hearing on August 2, 2021 and issued its Order on August 4, 2021 ordering the Defendant to provide initial disclosures by August 16, 2021. The Defendant has not demonstrated willful noncompliance. Defendant was incarcerated on July 26, 2021 for violating probation, and possession of a stun gun. Defendant had no access to gather evidence in this case or make payments because he is still incarcerated. The defendant's incarceration is the reason he cannot respond to the Motion for Order to Show Cause on September 27, 2021 from the Plaintiff. The Defendant's sentencing is not until November 17, 2021, and he may be revoked from probation. It was not in bad faith that the undersigned did not object or respond to the request for discovery. Mr. Busby was advised that the Defendant didn't have any records to produce. The undersigned consented to the purposed discovery and was under the impression that is why the Plaintiff's counsel has submitted the "Joint Case Conference Report". Mr. Bresciani account has been closed and the bank is making is not cooperating with undersigned to produce any requests. It was the undersigned intentions to show a stopped payment on the check to Taylor Farm and the bank account was closed so he had difficulty obtaining documents. The undersigned has been cooperating with Plaintiff's counsel. The Defendant did not have and disclosures to produce and has not ignored any requests.

## CONCLUSION

The undersigned has been cooperative with Plaintiff's counsel regarding requests of documents, there just is not anything to produce.

////

///

## AFFIRMATION PURSUANT TO NRS 239B.030

The undersigned herby affirms that this document does not contain the social security number of any person.

DATED this 5 day of November, 2021.

Cliff J. Young, Esq.
Attorney for ALVIN BRESCIANI

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Office of Cliff Young and on this date I caused the foregoing document to be delivered in the following manner:

__X__ depositing a true copy thereof in sealed envelope, first-class postage prepaid, with the United States Postal Service at Reno, Nevada;

_____ personal delivery;

_____ electronic mailing;

_____ facsimile to the number(s) listed;

_____ Federal Express or other overnight delivery service;

_____ electronic service via Washoe County District Court E-Flex system;

addressed as follows:
Luke A. Busby, Esq.
316 California Ave.
Reno NV 89509.

DATED this 5 day of November, 2021.

_____
Assistant to Cliff Young, Esq.